UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-20-20
```

FELIX SANCHEZ,

                              Petitioner,

                    -against-

KEYSER,

                              Respondent.

20-CV-3070 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        For the reasons stated in the Court's April 28, 2020 and May 12, 2020 Orders, Mr.

Sanchez's application to proceed in this Court without prepayment of fees is denied as moot.

This action was closed on April 28, 2020, and Mr. Sanchez's April 4, 2020 petition is currently

pending before the Second Circuit pursuant to Judge Rakoff's April 27, 2020 Order. *See* 99-cv-

01911-JSR, ECF No. 25.

        The Clerk of Court is respectfully directed to mail this Order to Felix Sanchez.

SO ORDERED.

 Dated:   May 20, 2020
          New York, New York

                                                    _____
                                                    RONNIE ABRAMS
                                                    United States District Judge